UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Cox, Castle & Nicholson, LLP**           **CLERK'S DEFAULT JUDGMENT**

   v.

                         Case No. CIV S-11-1608 JAM EFB

**Thomas Enterprises, Inc.**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $139,257.77:

        **Thomas Enterprises, Inc.**

September 7, 2011

                                         VICTORIA C. MINOR, CLERK

                                         By: /s/ L. Reader, Deputy Clerk