UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

| | |
|---|---|
| **Cox, Castle & Nicholson, LLP** | **CLERK'S DEFAULT JUDGMENT** |
| v. | |
| **Thomas Enterprises, Inc.** | Case No. CIV S-11-1608 JAM EFB |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $139,257.77:

**Thomas Enterprises, Inc.**

September 7, 2011

VICTORIA C. MINOR, CLERK

By: /s/ L. Reader, Deputy Clerk